March 27, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

JOURDAN FLOWERS JUNIOR, Appellant

NO. 14-14-00184-CR              V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED.** The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.